THE TORREY FIRM PC
REBECCA L. TORREY, State Bar No. 153866
  *rebecca@torreyfirm.com*
JUDD GRUTMAN, State Bar No. 275304
  *judd@torreyfirm.com*
1626 Montana Avenue, Suite 647
Santa Monica, California 90403
Telephone: (310) 310-2992
Facsimile: (424) 414-1712

Attorneys for Defendant
ANTHONY SPENCER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION; CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION & INNOVATION; and STATE OF HAWAII, DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, SECURITIES ENFORCEMENT BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>RED ROCK SECURED, LLC; and SHADE JOHNSON-KELLY a/k/a SEAN KELLY; and ANTHONY SPENCER,<br><br>Defendants. | Case No. 2:23-cv-03680-RGK-PVC<br><br>**DEFENDANT ANTHONY SPENCER'S NOTICE OF JOINDER IN DEFENDANTS RED ROCK SECURED, LLC'S AND SEAN KELLY'S MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner<br>Date:  August 14, 2023<br>Time:  9:00 a.m.<br>Place: Courtroom 850, 8th Floor<br><br>Complaint Filed: May 15, 2023<br>Trial Date:       Not Scheduled |

PLEASE TAKE NOTICE that Defendant Anthony ("Tony") Spencer ("Mr. Spencer") joins in Defendants Red Rock Secured, LLC's and Shade Johnson Kelly a/k/a Sean Kelly's (collectively, "Defendants") Motion to Dismiss Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b) and 12(b)(6), along with the supporting declarations, request for judicial

notice and supporting evidence ("Motion"). For all the reasons asserted therein, the Court should dismiss Plaintiffs' Complaint against Mr. Spencer in that the Complaint is premised on alleged misrepresentations and omissions that do not adequately plead falsity or scheme liability, are not pled with the specificity required by Rules 8 and 9(b), were not made in connection with the purchase or sale of commodities, and/or are outside the scope of Plaintiffs' statutory jurisdiction. Mr. Spencer joins Defendants' Motion in its entirety, except for section III.A.5, which specifically applies to Defendant Sean Kelly.

Joinder is generally allowed where, like here, parties are similarly situated and independent filings would be redundant. *Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151-52 (C.D.Cal. 2016) ("When reviewing whether to allow a party to join in a motion, the court will allow the joinder when either (1) the parties are so similarly situated that filing an independent motion would be redundant, or (2) the party seeking joinder specifically points out: which parts of the motion apply to the joining party, the joining party's basis for standing, and the factual similarities between the joining party and moving party that give rise to a similar claim or defense.")

Each of Plaintiffs' six counts against Defendants are equally plead as to Mr. Spencer as a defendant, and Plaintiffs assert allegations concerning Mr. Spencer throughout the Complaint as if interchangeable with other Defendants, including regarding alleged omissions and misrepresentations during transactions Plaintiffs reference in the Complaint. *E.g.,* Complaint ¶¶ 222, 233(b). If the Court dismisses claims against Defendants, it must also dismiss the claims as to Mr. Spencer as a sales employee of Defendants. *ESG Cap. Partners, LP v. Stratos*, 828 F.3d 1023, 1033 (9th Cir. 2016) ("Merely preparing or publishing

another's statement does not make someone the 'maker' of the statement, and attribution to another party generally indicates that the attributed party is the 'maker.'") Thus, independent briefing would be redundant.

For these reasons, and for all of the other reasons stated in Defendants' Motion, Mr. Spencer respectfully moves this court to dismiss the Complaint as it is alleged against him pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6).

This joinder in the Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 6, 2023.

DATED: July 14, 2023                THE TORREY FIRM PC

By:   /s/ Rebecca L. Torrey
      REBECCA L. TORREY
      Attorneys for Defendant
      ANTHONY SPENCER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: July 14, 2023         /s/ Rebecca L. Torrey
                             Rebecca L. Torrey